BILL LIETZKE
GENERAL DELIVERY
135 CATOMA STREET
MONTGOMERY, ALABAMA   36104

FILED09SEP'1911:07USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

BILL LIETZKE,                              )    CASE NO. 6,19-cv-1458-AA
                                           )
                PLAINTIFF,                 )
                                           )
VS.                                        )
                                           )
CITY OF BIRMINGHAM, ET AL,                 )
PATRICK D. SMITH, CHIEF,                   )
                                           )
                DEFENDANTS.                )

1.  Jurisdiction founded on the existence of a federal question and amount in controversy, CRAZY MOTHER FUCKER.

@.  The action arises under the Constitution of the United States, Article III, Section II, as hereinafter more fully appears, CRAZY MOTHER FUCKER.

3.  The amount in controversy exceeds, exclusive of interests and costs, the sum of $1,000,000,000.oo, CRAZY MOTHER FUCKER.

4.  Civil rights violations cases Bill Lietzke vs, City of Birmingham, Et Al, Bill Lietzke vs. Greyhound Lines, Inc., and Bill Lietzke vs. City of Montgomery, Et Al filed under Title 28, U.S.C. Section 1331, Federal Question Jurisdiction, and Title 42, U.S.C., Section 1983, Civil Rights Cases, CRAZY MOTHER FUCKER.

5.  The Plaintiff has alleged all sufficient facts in these cases to support any United States District Court's excercise of "federal question jurisdiction," when the County of Residence of the Defendants is unidentified and unknown to the Plaintiff, CRAZY MOTHER FUCKER, and the excercise of federal question jurisdiction is consistent with the United States Constitution, CRAZY MOTHER FUCKER (Title 28, United States Code,

Section 1331, Title 42, United States Code, Section 1983). United States District Courts shall excercise diversity jurisdiction between citizens of different states if the jurisdiction actually is "Diversity of Citizenship," CRAZY MOTHER FUCKER (Title 28, United States Code, Section 1332. The Plaintiff filed Bill Lietzke vs. City of Birmingham, Et Al and Bill Lietzke vs. Greyhound Lines, Inc. and the most recent and latest Bill Lietzke vs. City of Montgomery, Et Al in five (5) states; California, Montana, Michigan, Oregon and Alaska. The Plaintiff HAS NOT filed "125" of these cases against these three (3) entities, CRAZY MOTHER FUCKER.

6. Bill Lietzke vs. City of Birmingham, Et Al and Bill Lietzke vs. Greyhound Lines, Inc. were never never, ever ever tried, and never never, ever ever scheduled for trial in California, Montana, Michigan, Oregon NOR Alaska, CRAZY MOTHER FUCKER.

7. "~~The interest of justice do not warrant transfer of this case to the U.S. District Court for the District of Alabama~~?" And "adopt in part, 2018 WL4030696, at M.D. Alabama, 2018 (declining to adopt recommendation to consolidate Plaintiff's fifteen other cases)?" Bill Lietzke vs. Greyhound Lines, Inc. and Bill Lietzke vs. City of Birmingham, Et Al were never never, ever ever filed in the State of Alabama, CRAZY MOTHER FUCKER, and the most recent and latest Bill Lietzke vs. City of Montgomery, Et Al was never never, ever ever filed in the State of Alabama, CRAZY MOTHER FUCKER, not only NOT filed in Alabama but never never, ever ever filed within 1000 miles of Alabama, CRAZY MOTHER FUCKER.

8. Bill Lietzke vs. County of Montgomery, Et Al was never never, ever ever filed in the State of Alabama, CRAZY MOTHER FUCKER, not only NOT filed in Alabama, but never never, ever ever filed within 700 miles of Alabama, CRAZY MOTHER FUCKER.

9.    When the Plaintiff stated that the City of Birmingham, Et Al and Greyhound Lines, Inc. Defendants violated the Plaintiff's civil rights under Title 42, United States Code, Section 1983, the Plaintiff alleged all sufficient facts for a municipality liability Section 1983 claim, CRAZY MOTHER FUCKER, A Plaintiff subjected to false imprisonment, harassment, and unlawful arrest civil rights violations and filed lawsuit under Title 42, United States Code, Section 1983 doesn't have anything to do with a municipality's custom, policy, or some widespread practice of some moving force that violated the Plaintiff, and the Plaintiff doesn't have anything to do with these Defendants' failure to properly train its officers, CRAZY MOTHER FUCKER. The Plaintiff's Complaints allege state law claims and causes of action against the Defendants, CRAZY MOTHER FUCKER.

10.    About or around 20th day of April, 2018 at about 5:30 p.m., uppn arrival of the Plaintiff at the Birmingham, Alabama Greyhound Lines terminal  by Greyhound bus from the Nashville, Tennessee Greyhound Lines terminal, the City of Birminghame, Et Al and four (4) unidentified, unspecified black male Defendants, Birmingham Greyhound Lines terminal Defendants and City of Birmingham Defendants procured the harassment, the unlawful arrest, the unlawful violation of the personal liberty, and the subsequent false imprisonment of Plaintiff Bill Lietzke,

for any appreciable time however brief, and committed said non-consentual, intentional confinement of the Plaintiff without lawful privilege therfor, and for any appreciable time however brief in the Birmingham City Jail from April 20, 2018 to April 21, 2018.  The City of Birmingham, last known addresses 425 6th Avenue South and two (2) unidentified, unspecified African-american black male Birmingham Greyhound Lines, Inc. Defendants purposely deprived the Plaintiff of freedom of movement by use of physical barrier and force and other total and complete unreasonable duress, without the Plaintiff's consent which harmed the Plaintiff, and such harm was substantially caused by the City of Birmingham's and unidentified, unspecified African-american black male Defendants' conduct.

6.  Thereafter, the Plaintiff was released from the Birmingham City Jail, last known addresses 425 6th Avenue South, Birmingham, Alabama on the bond of $300.00 on April 21, 2018.

7.  On or about the 20th day of April, 2018 at about 5:30p.m., the City of Birmingham, 425 6th Avenue South, Birmingham, Alabama and unidentified, unspecified African-american black male Birmingham Greyhound Lines, Inc. Defendants struck, shoved, kicked, and touched the Plaintiff, subjected the Plaintiff to unlawful physical contacts and subjected the Plaintiff to unlawful arrest and false imprisonment on frivolous and baseless charges.

8.  Thereafter, the Plaintiff was released from the Birmingham City Jail, last known addresses 425 6th Avenue South, Birmingham, Alabama on the bond of $300.00 on April 21, 2018.

9.  The City of Birmingham, 425 6th Avenue South and Unidentified, unspecified African-american black male Defendants violated the Plaintiff's First Amendment, Second Amendment, Third Amendment, Fourth Amendment, and Fifth Amendment rights of the United States Constitution.

10.    The Plaintiff seeks therefor Actual, Punitive, and Compensatory Damages against all Defendants for $2,000,000,000.00

11.    The Plaintiff seeks assessment of fines against all Defendants for $20,000,000.00

12.    The Plaintiff further seeks imprisonment of all Defendants in a maximum security federal/state prison for 10 years.

Submitting for filing this    SEPTEMBER 4, 2019

General Delivery
135 Catoma Street
Montgomery, Alabama   36104